## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| NEW KAJ, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 08-CV-323-P-S |
| | ) | |
| NATIONAL AUCTIONEERS ASSOCIATION, | ) ) | |
| | ) | |
| Defendant | ) | |

### ORDER ON MOTION FOR APPROVAL OF JUDGMENT BY STIPULATION

Before the Court is the Consented-to Motion for Approval of Judgment by Stipulation (Docket # 9). The Court hereby DENIES this Motion WITHOUT PREJUDICE.

Having reviewed the proposed judgment (Docket # 9-2), the Court has determined that it would be improper for the Court to enter the requested detailed factual findings and legal conclusions as part of a stipulated judgment in this matter. To be clear, the Court is not willing to enter as part of a stipulated judgment the "findings" found in proposed judgment. (See Ex. A (Docket # 9-2) at 1-3.b.) If the parties have reached an agreement as to liability and the amount of damages owed, the Court is willing to enter a stipulated judgment to that effect.

If the parties wish the Court to enter such a stipulated judgment, they are free to refile the Consent Motion with a new proposed judgment attached. Of course, the parties are free to enter into a separate private agreement as to other matters.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 19th day of March, 2009.